**SCHWARTZ SLADKUS REICH GREENBERG ATLAS** LLP

Michael Gottlieb – Direct: 212-743-7054 – mgottlieb@ssrga.com

July 16, 2021

<u>Via ECF</u>
Honorable Jessica S. Allen
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      **RE**:   SurgiCare Surgical Associates of Mahwah v. Cigna Health and Life Insurance
             Docket No.:   20-03787

Dear Judge Allen,

    Kindly allow this letter to confirm that the parties have reached settlement in the above-captioned matter. As such, the parties respectfully request that the Court enter a 60-day administrative termination order. As always, we thank the Court for its courtesies in this regard.

                                  Very truly yours

                                  <u>s/Michael Gottlieb</u>
                                  Michael Gottlieb

Cc:    All counsel of record (via ECF)